

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### NOS. WR-84,351-01 & WR-84,351-02

### EX PARTE KENNETH WAYNE GUINN, Applicant

### ON APPLICATIONS FOR A WRIT OF HABEAS CORPUS
### CAUSE NOS. CR14754-A & 14755-A IN THE 220TH DISTRICT COURT
### FROM BOSQUE COUNTY

**YEARY, J., filed a dissenting opinion.**

### DISSENTING OPINION

I dissent for the reasons stated in my dissenting opinion in *Ex parte Fournier*, 473

S.W.3d 789 (Tex. Crim. App. 2015).

FILED: FEBRUARY 10, 2016
DO NOT PUBLISH